**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| RANDY FERRELL; ANA FRYE; and DANIEL ZEPEDA, individually and on behalf of all other similarly situated individuals,<br><br>　　Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>　　Defendant. | Civil Action No. 1:25-cv-00091 |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Capital One, N.A.[1]—referred to in this motion and the accompanying memorandum as "Capital One"—respectfully requests that this Court dismiss Plaintiffs' Consolidated Amended Complaint (ECF No. 33) ("CAC"), which seeks injunctive and monetary relief in connection with a service disruption affecting certain Capital One services in January 2025. As explained further in the accompanying memorandum, Plaintiffs lack Article III standing to pursue their claims and have failed to state a claim upon which relief can be granted.

---

[1] Plaintiffs appear to improperly name as defendants Capital One Financial Corporation, a bank holding company that does not offer deposit accounts, and Capital One Bank (USA), N.A., CAC at 1, which no longer exists after merging with Capital One, N.A. in 2022. The proper defendant is Capital One, N.A., which is the sole defendant listed in the Complaint's caption.

1

DATED: May 21, 2025

Respectfully submitted,

By: *s/ Connor Kelley*

Connor Kelley (VA Bar No. 93596)
Andrew Soukup*
Jehan Patterson*
Samuel Greeley*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5606
Email: ckelley@cov.com
        asoukup@cov.com
        jpatterson@cov.com
        sgreeley@cov.com

Matthew Q. Verdin*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: mverdin@cov.com

*Attorneys for Defendant Capital One, N.A.*

*\*Admitted pro hac vice*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: */s/ Connor J. Kelley*
Connor Kelley

3