IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| RANDY FERRELL; ANA FRYE; and DANIEL ZEPEDA, individually and on behalf of all other similarly situated individuals,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>　　　Defendant. | Civil Action No. 1:25-cv-00091-LMB-WEF |

**JOINT RESPONSE TO COURT'S MAY 22, 2025 ORDER (DKT. NO. 37) REGARDING MOTION TO DISMISS HEARING AND PROPER DEFENDANT**

Pursuant to the Court's May 22, 2025 Order (Dkt. No. 37), Defendant Capital One, N.A. ("Capital One") and Plaintiffs Randy Ferrell, Ana Frye, and Daniel Zepeda (collectively, "Plaintiffs") have conferred and hereby stipulate and agree as follows:

　　　1.　　The hearing on Capital One's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint (Dkt. No. 34), previously noticed for a hearing on June 27, 2025 (Dkt. No. 36), shall be re-noticed for a hearing on June 24, 2025, at 9:30 a.m.

　　　2.　　The Parties agree that Defendant Capital One, N.A. is the only proper defendant in this action and that Plaintiffs' claims against the remaining Defendants Capital One Financial Corporation and Capital One Bank (USA), N.A. shall be dismissed with prejudice.

Dated: May 29, 2025                    Respectfully submitted,

/s/ *John A. Yanchunis*
John A. Yanchunis*
Ronald Podolny*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, FL 33602
T: (813) 223-5505
F: (813) 223-5402
JYanchunis@forthepeople.com
ronald.podolny@forthepeople.com

Steven T. Webster (VA Bar No. 31975)
**WEBSTER BOOK LLP**
2300 Wilson Blvd., Suite 728
Arlington, VA 22201
T: (888) 987-9991
swebster@websterbook.com


/s/ *Glenn Chappell*
Glenn Chappell (VA Bar No. 92153)
Katherine M. Aizpuru*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave. NW, Suite 1010
Washington, D.C. 20006
T: (202) 973-0900
F: (202) 973-0950
gchappell@tzlegal.com
kaizpuru@tzlegal.com

Annick M. Persinger*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
T: (510) 254-6808
F: (202) 973-0950
apersinger@tzlegal.com

*Counsel for Plaintiffs*

Dated: May 29, 2025

Respectfully submitted,

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
Andrew Soukup*
Jehan Patterson*
Samuel Greeley*
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
T: (202) 662-6000
F: (202) 778-5606
ckelley@cov.com
asoukup@cov.com
jpatterson@cov.com
sgreeley@cov.com

Matthew Q. Verdin*
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
T: (415) 591-6000
mverdin@cov.com

*Counsel for Defendants Capital One Financial Corp., Capital One, N.A., and Capital One Bank (USA), N.A.*

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: */s/ Connor J. Kelley*
Connor Kelley